

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00670-CR

Noe **CONTRERAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-08-14189-CR
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The clerk's record was filed in this court on November 30, 2016 and includes a Plea Memorandum, reflecting that appellant Noe Contreras pled guilty to two counts of indecency with a child. The record also contains a copy of the Judgment of Conviction, wherein appellant was sentenced to fifteen years confinement in the Texas Department of Criminal Justice – Institutional Division. However, the record does not contain a copy of the trial court's certification of defendant's right of appeal as required by Rule 25.2(a)(2)(d) of the Texas Rules of Appellate Procedure.

A clerk's record in criminal cases must include the trial court's certification of defendant's right of appeal. TEX. R. APP. P. 34.5(a)(12). Accordingly, we **order** the Jim Wells County District Clerk to prepare a supplemental clerk's record that includes a copy of the trial court's certification of defendant's right of appeal. We further **order** the Jim Wells County District Clerk to file the supplemental clerk's record containing the certification in this court on or before **January 9, 2017**. *See* TEX. R. APP. P. 34.5(c)(1).

We **order** the clerk of this court to serve a copy of this order on the trial court, the district clerk, and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.



Keith E. Hottle
Clerk of Court